

9-16-2015

Sent To
Jennifer Gregory
Kamala D. Harris, Attorney General of California
1425 River Park Drive, Suite 300
Sacaramento, CA 95815
SA-13-CV-00244-OLG-RR#113